### *GASSIOT* vs. *GICQUEL.*

APPEAL from the court of the parish and city of New Orleans.

*A minor, above the age of puberty, must be assisted, in his suit, by a curator.*

*If he be not, the circumstance may, on the appeal, be assigned as an error, apparent on the face of the record.*

PORTER, J. delivered the opinion of the court. The defendant and appellant assigns as error, appearing on the face of the record, that the plaintiff, who is stated in the petition to be a minor, above the age of puberty, was not assisted by a curator *ad lites.*

We think the objection well taken. The petition states that the suit is brought with the

advice and consent of one Annette Laine, a *f. w. c.* and that the minor is assisted by her; but it contains no allegation that she has the quality which the law requires, in those who represent minors in courts of justice. The proceedings are therefore irregular, for want of proper parties, and must be set aside. *Civil Code, 72 & 74, art. 80 & 81.*

It is therefore ordered, adjudged and decreed, that the judgment of the parish court be annulled, avoided, and reversed, and that there be judgment against the plaintiff, as in case of nonsuit, and that Annette Laine, a *f. w. c.* by whom this action was instituted, and who is a party to the recor., pay the cost of this court.

*Rodriguez* for the defendant, *Appé* for the plaintiff.